**Order entered March 4, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00935-CR**
**No. 05-19-00936-CR**

**CHRISTIN LEE GORBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-00375-T & F18-29750-T**

**ORDER**

Before the Court is substitute court reporter Yolanda Atkins' March 3, 2020 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before **March 16, 2020**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; to Verneas Faggett, office court reporter, 283rd Judicial District Court; Yolanda Atkins, substitute court reporter; and to counsel for all parties.

/s/     LANA MYERS
            JUSTICE